## 2742. WHITE v. THE STATE.

RUSSELL, J.   The question of law raised by this writ of error having been certified by this court to the Supreme Court, and that court having decided it adversely to the plaintiff in error (136 *Ga.* 158, 71 S. E. 135), and the evidence being sufficient to support the verdict, the judgment is
*Affirmed.*

DECIDED JUNE 7, 1911.

Indictment for sodomy; from Chatham superior court—Judge Charlton.   May 2, 1910.

The question certified to the Supreme Court was: "Can sodomy be committed by the month, or otherwise than per anum?"   Counsel for the plaintiff in error requested that the decision in *Herring* v. *State,* 119 *Ga.* 709 (46 S. E. 876), as to this question, be reviewed and overruled.

*George W. Owens,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.